UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE: Dennis J. & Susan M. Hulliberger          CASE NO: BG 11-12094
                                                  CHAPTER 13
                Debtor(s)
_____/

**CHANGE OF ADDRESS, Dennis Hulliberger Only**

NOW COMES the above entitled Debtor, Dennis Hulliberger, by and through Debtor's attorney, John W. Raven, and for this Change of Address states:

CURRENT ADDRESS:        1133 Yeomans Street
                        Lot #244
                        Ionia, MI 48846


Dated: April 28, 2016                  */s/ John W. Raven*_____
                                        John W. Raven          P26896
                                        Attorney for Debtor, 4868
                                        PO Box 303
                                        Greenville, MI 48838
                                        616/754-9151